IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | REDACTED |
| v. | Criminal Action No. 22- 81-UNA |
| JAMES WALKER, | ~~SEALED~~ unsealed 2/14/23 |
| Defendant. | |

**INDICTMENT**

AUG 23 2022

The Grand Jury for the District of Delaware charges that:

**COUNT ONE**

On or about June 30, 2021, in the District of Delaware, **JAMES WALKER,** defendant herein, distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

**COUNT TWO**

On or about July 13, 2021, in the District of Delaware, **JAMES WALKER,** defendant herein, distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## NOTICE OF FORFEITURE

Upon conviction of the offenses in violation of 21 U.S.C. §§ 841 and 846 set forth in Counts One and Two of this Indictment, defendant **JAMES WALKER** shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of, the offenses.

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

_____
Foreperson

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Kevin P. Pierce
Briana Knox
Christopher L. de Barrena-Sarobe
Assistant United States Attorney

Dated: 8/23/22

2